UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| OSCAR GUILLEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-271RM |
| ) | |
| LAKE COUNTY JAIL, et al., ) | |
| ) | |
| Defendants ) | |

ORDER AND OPINION

The court dismissed Oscar Guillen's complaint because it stated no claim upon which relief could be granted. Judgment was entered on November 7, 2005. Since then, plaintiff Oscar Guillen, Sr., has submitted two motions to alter or amend judgment. The court denied the first. In the second, Mr. Guillen cloaks any argument he might seek to raise with gradually escalating personal attacks on the judge: "this dishonorable judge rendered as he was wrongly guided by that Devil that crawled up his ass!" "this judge's word bleeds with the 'Devil's blood" "this judge's out wrong 'devilish' sins" "this Devil of a judge" "Now, this devilish judge claims . . . & that is a total manifest of a fucking lie!!!" "this she Devil judge sinfully claims . . . & that is a total manifest error of an other fucking lie . . .." ". . . this judge knows better in which makes this judge that much more a fucking jerk off." "This dumb ass of a so called judge . . ." "this fucking judge . . . & that's a total manifest of a fucking error." "this fucking judge was &/or is trying to blow smoke up my ass . . ." "fucking judges like you."

Toward the end of his motion, Mr. Guillen offers the following threat:

>       Moreover, what would be the difference in me resubmitted a whole new complaint &/or just this court judge admitting his errors & reopen this case as all I was doing was writting in the process of utilizing this justice system the way it is intended to be used & this jail was trying to violate that right of mine. Or would this court rather let me put just-us with in my own hands, in which I will guarantee it will not be a pretty site . . . & no one would know its coming & no one will know whom did it because I am that good & I will have all my tracks covered & it is & will be this court's burden to prove I had any thing to do with any things.

Although he denominated his motion as a "second motion to alter or amend judgment," the relief sought in the motion's first sentence is far different: "Comes now Mr. Guillen Sr. as pro-se and pursuant to the Almight 'God' ✝ in which he moves this dishonorable court with an 'exorcism' to free this court & judge of the 'evil' spirit of the fucking Devil! that crawled up inside this judge's ass!" Construing the motion as seeking the relief sought in the body of the motion, the court DENIES the motion for an exorcism.

Further, because this plaintiff has abused his right to file post-trial motions in this case, the court ORDERS the clerk to return to the plaintiff any further filings attempted in this case, without filing them. This order shall be without prejudice to any right the plaintiff may have to appeal the November 7, 2005 judgment to the court of appeals.

SO ORDERED.

ENTERED:  January 18, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: O. Guillen, Sr.
United States Marshal
All INN District Judges
All INN Magistrate Judges
Clerk, 7th Circuit Court of Appeals
Warden, Wabash Valley Correctional Facility